IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JANE DOE** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No.: 1-20-CV-01227-ELH** |
| **LOYOLA UNIVERSITY MARYLAND,** | * | |
| **Defendant.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO DISMISS

Defendant Loyola University Maryland, by its undersigned attorneys and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, submits this Motion to Dismiss Plaintiff Jane Doe's Complaint for failure to state a claim upon which relief can be granted. Plaintiff's claims fail as a matter of law. The statements and arguments in the accompanying Memorandum are incorporated herein by reference.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion, dismiss Plaintiff's Complaint with prejudice, grant Defendant its attorneys' fees and costs, and enter such other relief in favor of Defendant as the Court deems appropriate.

Respectfully submitted,


       */s/* Collin J. Wojciechowski
Brian T. Tucker (Bar # 27485)
Collin J. Wojciechowski (Bar # 21112)
218 North Charles Street, Suite 400
Baltimore, MD 21201
t: (410) 727-7702
f: (410) 468-2786
btucker@gejlaw.com
cwojciechowski@gejlaw.com
*Attorneys for Defendant*



Dated:  August 31, 2020