IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE | * |
|     Plaintiff, | * |
| v. | *   Case No.: 1-20-CV-01227-ELH |
| LOYOLA UNIVERSITY MARYLAND, | * |
|     Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING OF EXHIBITS UNDER SEAL

Defendant Loyola University Maryland, through undersigned counsel, respectfully submits this Notice of Filing of Exhibits Under Seal. Exhibit Nos. 1 - 13 to Defendant's Memorandum in Support of Motion to Dismiss (the "Motion to Dismiss") will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that a hardcopy of the above-referenced Exhibits filed under seal will be delivered by hand to the Court and to Plaintiff's counsel.

                                            Respectfully submitted,

                                            */s/* Collin J. Wojciechowski
                                            Brian T. Tucker (Bar # 27485)
                                            Collin J. Wojciechowski (Bar # 21112)
                                            218 North Charles Street, Suite 400
                                            Baltimore, MD 21201
                                            t: (410) 727-7702
                                            f: (410) 468-2786
                                            btucker@gejlaw.com
                                            cwojciechowski@gejlaw.com
                                            *Attorneys for Defendant*

Dated:  August 31, 2020

#713147