IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JANE DOE | * |
| Plaintiff, | * |
| v. | *   Case No.: 1-20-CV-01227-ELH |
| LOYOLA UNIVERSITY MARYLAND, | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT'S MOTION TO DISMISS EXHIBITS**

| | |
|---|---|
| **Exhibit 1** | Sexual Misconduct Policy of Loyola University Maryland |
| **Exhibit 2** | Investigative Report Summary (Inv. Report) Part 1 of 2 |
| **Exhibit 2** | Investigative Report Summary (Inv. Report) Part 2 of 2 |
| **Exhibit 3** | May 13, 2019 Administrative Hearing Transcript Excerpts |
| **Exhibit 4** | John Doe's Sexual Misconduct Incident Report |
| **Exhibit 5** | Plaintiff's Sexual Misconduct Incident Report |
| **Exhibit 6** | April 18, 2019 Notice of Violation of the Loyola University Community Standards and Notice of Administrative Hearing |
| **Exhibit 7** | May 2019 Email Correspondences between Plaintiff and D. Tiscione |
| **Exhibit 8** | Plaintiff Appeal Transcript of June 28, 2019 Hearing |
| **Exhibit 9** | John Doe Appeal Transcript of June 28, 2019 Hearing |
| **Exhibit 10** | May 29, 2019 Notice to Plaintiff of Findings of Administrative Hearing |
| **Exhibit 11** | June 1, 2019 John Doe Appeal Letter |
| **Exhibit 12** | June 4, 2019 Plaintiff Appeal Letter |
| **Exhibit 13** | Dr. Spearman's Letter Response to Plaintiff's Appeal |